Cite as 27 I&N Dec. 494 (A.G. 2018)　　　　　　　Interim Decision #3946

# Matter of L-E-A-, Respondent

*Decided by Acting Attorney General December 3, 2018*

U.S. Department of Justice
Office of the Attorney General

## BEFORE THE ACTING ATTORNEY GENERAL

Pursuant to 8 C.F.R. § 1003.1(h)(1)(i), I direct the Board of Immigration Appeals ("Board") to refer this case to me for review of its decision. The Board's decision in this matter is automatically stayed pending my review. See Matter of Haddam, A.G. Order No. 2380-2001 (Jan. 19, 2001). To assist me in my review, I invite the parties to these proceedings and interested amici to submit briefs on points relevant to the disposition of this case, including:

> Whether, and under what circumstances, an alien may establish persecution on account of membership in a "particular social group" under 8 U.S.C. § 1101(a)(42)(A) based on the alien's membership in a family unit.

The parties' briefs shall not exceed 15,000 words and shall be filed on or before January 4, 2019. Interested amici may submit briefs not exceeding 9,000 words on or before January 18, 2019. The parties may submit reply briefs not exceeding 6,000 words on or before January 18, 2019. All filings shall be accompanied by proof of service and shall be submitted electronically to AGCertification@usdoj.gov, and in triplicate to:

United States Department of Justice
Office of the Attorney General, Room 5114
950 Pennsylvania Avenue, NW
Washington, DC 20530

All briefs must be both submitted electronically and postmarked on or before the pertinent deadlines. Requests for extensions are disfavored.